IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  JOHN H. HAMILTON, SR. | § | CASE NO. 10-35770 |
| DEBTOR | § | (Chapter 7) |
| | § | |
| _____ | § | |
| Pennbridge Capital, LLC, | § | |
| Plaintiff | § | ADV. PRO. NO.11-03051 |
| | § | |
| V. | § | |
| John H. Hamilton, Sr., | § | |
| Defendant | § | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

       Address of the clerk:    David J. Bradley
                                          Clerk of Court
                                          P.O. Box 61010
                                          Houston, Texas 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

                Kenneth H. Holt
                Dow Golub Remels & Beverly, LLP
                9 Greenway Plaza, Suite 500
                Houston, Texas 77046

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                    David J. Bradley
                                                                      Clerk of the Bankruptcy Court

Date:_____        By:_____
                                                                                   Deputy Clerk

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    John H. Hamilton, Sr.
    P.O. Box 115
    Simonton, TX  77476

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of  , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:_____

_____
Kenneth H. Holt
Dow Golub Remels & Beverly, LLP
9 Greenway Plaza, Suite 500
Houston, Texas 77046