IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: JOHN H. HAMILTON, SR. <br> DEBTOR | § § § § | CASE NO. 10-35770 <br> (Chapter 7) |
| Pennbridge Capital, LLC, <br> Plaintiff | § § § | ADV. PRO. NO.11-03051 |
| V. <br> John H. Hamilton, Sr., <br> Defendant | § § § § | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, Texas 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Kenneth H. Holt
Dow Golub Remels & Beverly, LLP
9 Greenway Plaza, Suite 500
Houston, Texas 77046

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

David J. Bradley
Clerk of the Bankruptcy Court

Date: 2/23/2011

By: _____
Deputy Clerk